720

No. 383. UNITED STATES *v.* CLIFTON MANUFACTURING Co. October 11, 1937. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Reed* for the United States. *Messrs. William A. Sutherland* and *Joseph B. Brennan* for respondent.

No. 286. EARWOOD *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Thomas Howell Scott* and *William T. Townsend* for petitioner. *Solicitor General Reed* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Young M. Smith,* and *W. Marvin Smith* for the United States.

No. 288. COMPAGNIE GENERALE TRANSATLANTIQUE *v.* GOVERNOR OF THE PANAMA CANAL ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James J. Lenihan* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for respondents.

No. 290. WHITE TOWER SYSTEM, INC. *v.* WHITE CASTLE SYSTEM OF EATING HOUSE CORP. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Clark R. Fletcher* and *Irving A. Fish* for petitioner. *Messrs. Earle W. Evans* and *Jos. G. Carey* for respondent.